UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:16-cv-10235-LTS

HAMZAT UMAROV, ET. AL.
*Plaintiff,*

v.

MICHELLE MCPHEE, ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Order dismissing the case for lack of subject matter jurisdiction (Docket No. 8) entered on February 22, 2016, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

February 22, 2016